1034

No. 89–6498. BEAS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 89–6501. HANNAH v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 89–6502. FERNOS-LOPEZ v. FIGARELLA-LOPEZ. Sup. Ct. P. R. Certiorari denied.

No. 89–6504. SULLIVAN v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 89–6505. WHITAKER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (BAY AREA RAPID TRANSIT, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–6506. WHITAKER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (PASCARELLA, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–6511. FIELDS v. STEINBRENNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–6519. MARSH v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 89–6521. McROY v. FOGG, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 89–6522. ALLEN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 89–6527. HOBBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 89–6528. CARRION-COLLAZO v. BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 89–6529. EASLEY v. McANULTY ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 89–6533. GILLESPIE v. WEST VIRGINIA. Cir. Ct. Pleasants County, W. Va. Certiorari denied.